EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2010 TSPR 38 |
| Extensión de términos por motivo de concesión de los días 31 de marzo y 1 de abril de 2010 | 178 DPR _____ |

Número del Caso: EM-2010-2

Fecha: 24 de marzo de 2010

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de términos por motivo de concesión de los días 31 de marzo y 1 de abril de 2010

EM-2010-2

RESOLUCIÓN

San Juan, Puerto Rico, a 24 de marzo de 2010.

El Juez Presidente, Hon. Federico Hernández Denton, concedió libre los días 31 de marzo (Miércoles Santo) y 1 de abril de 2010 (Jueves Santo), con cargo a la licencia de vacaciones.

A tales efectos y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Artículos 388 y 389 del Código Político de 1902, 1 L.P.R.A secs. 72 y 73, y se considerará el 31 de marzo (Miércoles Santo) y el 1 de abril de 2010 (Jueves Santo) como si fueran días feriados. Cualquier término a vencer esos días se extenderá hasta el lunes 5 de abril de 2010, próximo día laborable.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo